

```
                                          FILED
                                              BW
                                       2024 MAY -9 PM 1: 13
                                       U.S. BANKRUPTCY COURT
```

**Clerk of Court**
**U.S. Bankruptcy Court**

EASTERN DISTRICT OF PENNSYLVANIA

**In re:**  ETHAN CULVER

Dear Clerk of Court,

I am the Managing Attorney of Upsolve.org. Upsolve is a nonprofit self-service web application funded by the Legal Services Corporation and leading philanthropic foundations. Our web application helps low-income debtors who cannot afford counsel generate their bankruptcy forms on their own.

We are writing to notify the Court that the Upsolve web application has assisted the above-captioned debtor in preparing their Chapter 7 forms. Upsolve does not provide legal advice and Upsolve is not the debtor's attorney. And because we have provided our services at no cost, Upsolve is not a petition preparer under section 110 of the Bankruptcy Code. As a result, Official Form 119 is not required of the debtor and has not been provided.

If you have any additional questions, please do not hesitate to contact me at tina@upsolve.org. Please docket this letter.


Respectfully Submitted,

*(signature)*

**Tina Tran**