January 7, 2025

Adversary Proceeding – Request to Waive Reopening Fee

Ethan Logan Culver vs. U.S. Department of Education/Nelnet, Earnest LLC

As per my form 103B; application to have the Chapter 7 filing fee waived, and according to my income information provided, I request to have the filing fee to reopen Chapter 7 case 24-11591 waived.

*Ethan Culver* (signature)