IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Ethan Logan Culver,** | : | |
| Debtor. | : | Case No. **24-11591 (PMM)** |

### ORDER GRANTING WAIVER

**AND NOW**, upon consideration of the *pro se* Debtor's Application to Waive Filing Fee for the Motion to Reopen (doc. # 22, the "Motion");

It is hereby **ordered** that:

1)  The Motion is **granted** and

2)  The filing fee for the Motion to Reopen (doc. #21) is hereby **waived** and will not be due.

Dated: 1/8/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Ethan Logan Culver
235 West Mountain Road
Wind Gap, PA 18091