**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 7** |
| **Ethan Logan Culver,** | : | |
| **Debtor.** | : | **Case No. 24-11591 (PMM)** |

_____

## ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the *pro se* Debtors' Motion to Reopen Chapter 7 Case (doc. #21, the "Motion");

It is hereby **ORDERED** that :

1)      A **hearing** with regard to the Motion will be held on **Tuesday, January 21, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601;

2)      The Debtor shall appear at the hearing; and

3)      The Debtor shall serve the Motion and this Order on all interested parties.

See Local Bankruptcy Rule 9014-3(g).

Dated: 1/10/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Ethan Logan Culver
235 West Mountain Road
Wind Gap, PA 18091